1829.

Thompson
v.
Graham.

---

### THOMPSON, EXECUTOR, &c. v. GRAHAM AND OTHERS.

Where a suit was commenced in this court in consequence of an inequitable defence interposed to a suit at law for the same cause of action, the court refused to compel the complainant to elect in which suit he would proceed, as long as no attempt was made to prosecute the suit at law.

H. BLEEKER, for the defendants, upon an affidavit that the complainant had brought a suit at law for the same cause of action for which this suit was brought, moved that he elect in which cause he would proceed, and that he pay the defendants' costs in the other cause.

March 23d.

J. Hoyt, contra, read an affidavit, showing that the suit at law was first commenced; that the defendants interposed an inequitable defence to that suit, and that the bill in this cause was filed in order to get rid of that inequitable defence; and that no proceedings have been since had in the suit at law.

THE CHANCELLOR :—There is no ground for this application. The complainant is not proceeding in both courts at the same time. It appears from his bill that the conduct of the defendants has driven him into this court; and

since that time he has taken no steps at law.  If he should attempt to proceed at law, it will then be in time to apply and compel him to elect.  He has been compelled, on this application, to come here to resist an improper claim for costs; and the motion must be denied with costs to be paid by the defendants.

